# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| THADDEUS O'DONNELL, *Individually and on behalf of others similarly situated,* <br><br> Plaintiff, <br><br> v. <br><br> JIT-EX, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 2:25-cv-03072-SHL-cgc |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed November 24, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Joint Motion for Approval of FLSA Settlement (ECF No. 15), filed February 17, 2026, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

February 17, 2026
Date